AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Ricardo GONZALES | ) | Case No. P:13-MJ-569 |
| | ) | |
| | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 23, 2013__ in the county of __Pecos__ in the __Western__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 2422 | The Defendant did Knowingly and Intentionally attempt to Entice an individual who had not attained the age of 18 years to engage in sexual activity. |

This criminal complaint is based on these facts:
Continued on Attachment "A".

☑ Continued on the attached sheet.

_____
Complainant's signature

Garry Scroggs          HSI/B.E.S.T. Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: 07/24/2013

_____
Judge's signature

City and state: Alpine, Texas

B. Dwight Goains; US Magistrate Judge
Printed name and title

On July 19, 2013, Fort Stockton Police Department (FSPD) received information regarding an inappropriate relationship between retired postmaster Ricardo GONZALEZ, a 55 year old USC, and a 14 year old female (from this point forward referred to as "CV"). FSPD received information from CV's mother regarding an inappropriate texting relationship in which CV and GONZALES were involved in a "sexting" relationship and were actively making plans to meet in person to engage in the sexual activity the two discussed via text messages.

FSPD Lt. Lisa Tarango interviewed CV's mother. CV's mother stated that she found sexually explicit text messages between GONZALES and CV. CV's mother showed Lt. Tarango text messages on CV's cell phone. Lt. Tarango observed sexually explicit text messages between a person identified in the phone as "mi papi" and CV. During this exchange of messages between "mi papi" and CV, GONZALES attempted to entice CV to engage in sexual activity. In the text messages GONZALES discussed ways that they could meet to engage in sexual activity. CV's mother recognized the phone number 432-290-3456, saved as "mi papi" on CV's phone, as Ricardo GONZALES because GONZALES is her husband's cousin. CV's mother stated that she contacted GONZALES about the messages, and he admitted to sending the messages and apologized. CV's mother stated that GONZALES begged her not to tell anyone, especially his wife.

On July 23, 2013, FSPD and BEST Big Bend Agent Garry Scroggs interviewed GONZALES at the Fort Stockton Police Station. GONZALES was read his Miranda Rights and agreed to speak without the presence of an attorney. GONZALES admitted to sending the sexually explicit text messages that were discovered on CV's phone. GONZALES also admitted he knew what he was doing was wrong, and he should not have done it. GONZALES also admitted to conduct consistent with grooming behavior. GONZALES admitted to holding hands with CV and kissing her numerous times. GONZALES also stated that when CV was at his house he would watch TV and allow CV to put her arm around him. GONZALES stated that many of the conversations occurred late at night after his wife would go to bed or when he would be out of town.

The Assistant U.S. Attorney (AUSA) was contacted concerning the activity, and was briefed on the nature and extent of the messages. The AUSA accepted federal prosecution on GONZALES.